No. A–279.  SCHUCHMAN ET UX. *v.* UNITED STATES.  D. C. S. D. Ill.  Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–443.  IN RE DISBARMENT OF DIZAK.  Disbarment entered.  [For earlier order herein, see 468 U. S. 1223.]

No. D–457.  IN RE DISBARMENT OF SHAPIRO.  Disbarment entered.  [For earlier order herein, see *ante,* p. 914.]

No. D–461.  IN RE DISBARMENT OF POWERS.  It is ordered that Marvin J. Powers, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–727.  ALEXANDER, GOVERNOR OF TENNESSEE, ET AL. *v.* CHOATE ET AL.  C. A. 6th Cir.  [Certiorari granted *sub nom. Alexander* v. *Jennings,* 465 U. S. 1021.]  Motion of respondents for leave to file a supplemental brief after argument granted.

No. 83–1748.  ALLIS-CHALMERS CORP. *v.* LUECK.  Sup. Ct. Wis.  [Certiorari granted, *ante,* p. 815.]  Motion for appointment of counsel granted, and it is ordered that Gerald S. Boisits, Esquire, of Milwaukee, Wis., be appointed to serve as counsel for respondent in this case.

No. 83–1950.  MCALLISTER ET AL. *v.* GULF FEDERAL SAVINGS & LOAN ASSN., *ante,* p. 827.  Motion of respondents for taxation of costs and attorney's fees denied.

No. 83–6881.  BRADFORD *v.* BRADFORD, *ante,* p. 812.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* denied.

No. 84–129.  REAVIS & MCGRATH *v.* ANTINORE ET AL.  C. A. 8th Cir.  Motion of respondents Jones et al. to direct the Clerk to file an application for extension of time to file a cross-petition for writ of certiorari and that such cross-petition be considered irrespective of disposition of the opening petition for writ of certiorari denied.

No. 84–321.  ALABAMA *v.* STURDIVANT.  Sup. Ct. Ala.  Motion of respondent for leave to proceed *in forma pauperis* granted.